KRUA V. EGC
1

FILED
IN CLERKS OFFICE
2021 JUL -2 PM 4:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

FILED
IN CLERKS OFFICE
2021 JUL -2 PM 4:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

# Boston Federal District Court

July 2, 2021
Torli H. Krua
4C Wheately Way
Boston, MA 02119
Tel: 857-249-9983

Plaintiff: Torli H. Krua

**USMS
SCREENED**

Defendants: Emmanuel Gospel Center

Mr. Jeff Bass / Rev, Dr. **Emmett G. Price III, Ph.D.**

**United States Congress**

**United States Department of State**

Complaint: Racial Discrimination, Intimidation coercion, Virtual Slavery, Discrimination based on gender, age, nationality,

1. Torli H. Krua is a native of Tappita, Liberia, West Africa, and resides at 4C Wheatley Way Roxbury, MA 02119.

2. Torli H. Krua is also a Baptist Pastor and a human rights activist, advocating for refugees of the war in the United States.

3. The Emmanuel Gospel Center is a Christian agency in Boston with the mission of "strengthening leaders to thrive in complexities. "

4. After exhausting all administrative remedies and options for mediation, I am constrained to file this complaint of discrimination, coersion and virtual slavery against the Emmanuel Gospel Center (EGC) pursuant to  42 U.S. Code § 3617.Interference, coercion, or intimidation, Title VII of the Civil Rights Act of 1964, Equal Pay Act of 1963, Age Discrimination in Employment Act of 1967 and The Civil Rights Act of 1991.

1

**FILED**
IN CLERKS OFFICE

# Boston Federal District Court

U.S. DISTRICT COURT
DISTRICT OF MASS.

July 2, 2021
Torli H. Krua
4C Wheately Way
Boston, MA 02119
Tel: 857-249-9983

SCREENED
USMS

Plaintiff: Torli H. Krua

Defendants: Emmanuel Gospel Center

Mr. Jeff Bass / Rev, Dr. **Emmett G. Price III, Ph.D.**

**United States Congress**

**United States Department of State**

Complaint: Racial Discrimination, Intimidation coercion, Virtual Slavery, Discrimination based on gender, age, nationality,

1. Torli H. Krua is a native of Tappita, Liberia, West Africa, and resides at 4C Wheatley Way Roxbury, MA 02119.

2. Torli H. Krua is also a Baptist Pastor and a human rights activist, advocating for refugees of the war in the United States.

3. The Emmanuel Gospel Center is a Christian agency in Boston with the mission of "strengthening leaders to thrive in complexities. "

4. After exhausting all administrative remedies and options for mediation, I am constrained to file this complaint of discrimination, coersion and virtual slavery against the Emmanuel Gospel Center (EGC) pursuant to  42 U.S. Code § 3617.Interference, coercion, or intimidation, Title VII of the Civil Rights Act of 1964, Equal Pay Act of 1963, Age Discrimination in Employment Act of 1967 and The Civil Rights Act of 1991.

5.  During the period beginning January 2014 through December 2015-two years, the EGC subjected me to slavery when EGC unlawfully profited from my expertise and services to raise money received donations for refugee ministry without paying me for my services as co-director of the Greater Boston Refugee Ministry (GBRM), a ministry of EGC. Without my expertise, lived experience as a refugee and presence, EGC had no investment of money, no expertise in the refugee ministry, no capacity to deliver services for which EGC received donations and financial contributions intended to pay for my services which included designing presentations, conducting training and raising money for the services I was providing. Even so, EGC used me and my expertise to raise money to pay me but never paid me the money for two years. EGC further intimidated, coerced and threatened me not to file lawsuits against EGC, using the Bible and claiming that as Christians we should not file lawsuits against a Christian entity or fellow Christians. For the next four years beginning January 2016 through October 2019, EGC I continued working as co-director of GBRM. Still, EGC set a lower pay rate for me and a higher pay rate for my white female colleague who also worked as co-director.

6.  EGC discriminated against me by hiring and paying white co-directors higher salaries from the proceeds of the money we raised. As co-director, I worked with two white female colleagues who were also employed by EGC. In addition to slavery for the first two years, my entire tenure as co-director was mired in discrimination against me because of my race, age, gender and status as a foreigner and a refugee.

7.  I am a Black man of African descent, a Liberian native, a former refugee of the Liberian civil war, and also a pastor/missionary. Still, EGC not only discriminated against me but also prevented an amicable resolution based on the Golden Rule and Christian principles.

## How EGC Recruited, Exploited & Discriminated Against Me

8.  For nearly 20 years, I have known Rev. Dr. Gregg Detwiler head of the Intercultural Ministries at EGC as an advocate for immigrants and refugees. Gregg promotes support for refugees. He made online donations to my work, invited me to co-present with him and always expresses his desire for American Evangelical Christians to support refugees and immigrants. Gregg has been surprised and frustrated that more Evangelical Christians don't support refugees and immigrants.

9.  On or about January 4, 2014, Rev. Dr. Gregg Detwiler, Director of Intercultural Ministries at EGC met with me and expressed interest in the Refugee Ministry Training I was conducting across the United States including a recent workshop for churches in Lewiston, Maine. Rev. Dr. Detwiler commended me for the work and asked if I would be interested in working with EGC to help establish a refugee ministry at EGC for the benefit of churches served by EGC. I agreed to work with EGC but asked if EGC would compensate me for my services. Rev. Dr. Detwiler informed me that not only would EGC compensate me but promote me so that churches served by EGC will also support me financially and help fund work I do overseas with Diaspora immigrant and refugee Christians. "Working with EGC will add to your ministry," Rev. Dr. Detwiler said.

10. On or about January 6, 2014, Rev. Dr. Detwiler requested that I send him a business plan and strategy for starting a refugee ministry at EGC. He also informed me that as a nonprofit, EGC needs to raise money in order to pay me for the services. Therefore Gregg informed me that as a Because I was already serving as an African missionary at the Missions Door missionary agency, Rev. Dr. Detwiler informed me that the best way for handing compensation was to pay me Missions Door through Missions Door. After

the refugee ministry has been established I would then return to my engagement in a stronger way with greater financial sustainability.

11. On or about January 16, 2014, I sent a business plan and strategy for establishing a refugee ministry based on over two decades of work in the United States. (Exhibit 1)

12. On January 17, 2014, Rev. Dr. Detwiler acknowledged the plan and promised to adopt it for establishing the Greater Boston Refugee Ministry (GBRM). (Exhibit 2)

13. On March 4, 2014, Rev. Dr. Detwiler informed me that it would be great to have a white woman join the team as a co-director to help communicate the strategy to evangelical churches since most of American Evangelical Chriistians were white. He suggested Dr. Carmen Aldinger, PhD, a white woman of German descent to serve as Co-Director of the GBRM. During the startup Dr. Aldinger and I were equally and fully involved in the work of planning, meeting stakeholders and fundraising for GBRM. (Exhibit 3)

14. Rev. Dr Detwiler informed me that donations and fundraising will go to GBRM to support the salaries of co-directors and expenses of GBRM. We got donations from school children, churches, the general public, companies and foundations. (Exhibit 4)

15. We started working together planning and speaking at churches to promote the Greater Boston Refugee Ministry and preparing to begin training volunteers to serve the refugee communities and new refugees.

16. During this period, I was told EGC had no money for GBRM. WE must raise money and when enough money is raised, salaries would begin to be paid.

17. In May 2015, Dr. Aldinger resigned to join Harvard University as a full time employee, creating a vacancy.

18. GBRM began looking for a new co-director to work with me. Again, Rev. Dr. Detwiler's preference was a white woman. Dr. Detwiler forwarded two applicants for the co-director job. Sarah Blumenshine, a white woman, was hired as a co-director of GBRM.

19. At a meeting, Rev. Dr. Detwiler informed both co-directors that because of the money we have raised over the years, there was enough money to start paying both co-directors ten hours weekly.

20. Although I had more expertise, more training and was the only co-director with lived refugee experience, the management of EGC secretly set a lower pay rate for me than my white colleague, Sarah Blumenshine. EGC not only created an employment system based on race, the compensation was also based on race, where the Black co-director worked for years without payment and when it was time to pay, the Black co-director got less money. Both white co-directors, Dr. Aldinger and Ms Blumenshine were hired because of their gender and race. Not only were the co-directors hired based on race and gender, our compensations were not equal. By creating a hiring system based on race, nationality and gender and also creating an unequal system of compensation for services based on race, gender and nationality, EGC intentionally discriminated against me and also violated numerous Federal Laws in the process, including: *Title VII of the Civil Rights Act of 1964*, Equal Pay Act of 1963, Age Discrimination in Employment Act of 1967 and The Civil Rights Act of 1991.

21. *Title VII of the Civil Rights Act of 1964: Title VII prohibits employment discrimination based on race, color, religion, sex and national origin. The Civil Rights Act of 1991 (Pub. L. 102-166) (CRA) and the Lily Ledbetter Fair Pay Act of 2009 (Pub. L. 111-2) amend several sections of Title VII. In addition, section 102 of the CRA (which is*

*printed elsewhere in this publication) amends the Revised Statutes by adding a new section following section 1977 (42 U.S.C. 1981), to provide for the recovery of compensatory and punitive damages in cases of intentional violations of Title VII, the Americans with Disabilities Act of 1990, and section 501 of the Rehabilitation Act of 1973.*

22. Under **Title VII**, an **employer** may **not** discriminate with regard to any term, condition, or privilege of **employment**. Areas that may give rise to violations include recruiting, hiring, promoting, transferring, training, disciplining, discharging, assigning work, measuring performance, or providing benefits. EGC intentionally violated these Federal Laws by not paying me a penny during the period January 2014 through May 2015. Additionally, when EGC assigned me a lower pay rate even though I had more expertise, experience and was the only person with lived experience related to refugees at the Greater Boston refugee Ministry.

23. A federal law, the **Equal Pay Act** (EPA), requires employers to **pay** men and women equally for doing the same work -- **equal pay** for **equal** work. The **Equal Pay Act** was passed in **1963** as an amendment to the **Fair** Labor Standards **Act** and can be found at 29 U.S.C. § 206.

24. Age Discrimination in Employment Act of 1967: The **Age Discrimination in Employment Act of 1967** (ADEA) protects certain applicants and **employees** 40 years of **age** and older from **discrimination** on the basis of **age** in hiring, promotion, discharge, compensation, or terms, conditions or privileges of **employment**.

25. The Civil Rights Act of 1991: Civil Rights Act of 1964 to modify some of the basic procedural and substantive rights provided by federal law in employment discrimination cases. It provided the

6

right to trial by jury on discrimination claims and introduced the possibility of emotional distress damages and limited the amount that a jury could award.

# Administrative Remedies

26. In November 2018, I filed a complaint against management because I suspected I was being discriminated against by EGC. Liza, a woman of color and of Columbian ancestry who also served EGC as Assistant Executive Director was appointed to investigate and settle matters arising from my complaints. Liza conducted her investigation and it was Liza who discovered, documented and presented to me for the very first time ever, her findings that I was not paid for two years and that EGC gave me a lower pay rate than my white female colleagues who served as co-directors. Liza created a chart and gave it to me on Christmas Eve of 2019 Exhibit 5.

27. I was shocked but pleasantly surprised at her honesty and felt the high degree of honesty also would translate into a desire to settle the matter amicably. I was wrong. Liza, although a senior management personnel, was powerless as a woman and person of color. Liza recommended equal pay rates for co-directors and fulltime for all directors beginning January 2019. Exhibit 6.

28. Liza also observed that the unfair and discriminatory payment mechanism/missionary funding that favors white employees at the expense of people of color needs to be abolished. We were working on finding a solution and it always seemed a solution and breakthrough was imminent. Liza proposed a system wide redress that involved all churches and partners as opposed to an EGC solution especially when dealing with back pay. Exhibit 7.

29. Liza, as a woman of color, had no power to implement any of her proposals. In June 2019, Liza reported the promised full time equal pay for me was not possible, although the other co-director, the white woman was paid.

30. On May 25, 2020, I filed a complaint with the EGC Board, who promised to resolve the problem. Exhibit 8

31. The Board found that for 30 months EGC underpaid me and offered a settlement. Exhibit 9

32. There were two settlement offers which I declined because both settlement failed to explore truthfully exactly how much EGC owed me, apologize for the discrimination and put in place measures to ensure discrimination against any refugee (non-English speaking and Moslems, other faiths or no faith) will no longer happen. I declined both offers and requested mediation. Exhibit 9.

33. I filed a complaint with MCAD, which declined because I delayed filing the complaint.

34. On April 5, 2021, I got a letter giving me the right to file a lawsuit. Exhibit 10

35. On February 22, 2021, I sat across the table with Dr. Price, Chairman of the EGC Board of Director and he informed me that what happened to me was not racial discrimination. Dr. Price made an offer which I declined to accept. I opted for Christian mediation. On June 15, 2021, Rev. Paul Bothwell informed me of Missions Door, as a matter of policy declines to get involved in mediation. It became clear the courts must decide this case.

**Congress Must Mitigate The Harm Old Discrimination Against Liberians**

36. EGC's actions of virtual slavery, racial discrimination against me are not new and not accidents. EGC's actions were inspired and motivated by the US Congress, which initiated racial discrimination against non-white Americans and Liberians. Therefore, the

8

US Congress must mitigate the harm it initiated. The actions of EGC are very famaliar and consistent with the March 26, 1790 racist American Apartheid law that denigrated the color of Africans and deprived Africans of opportunities. The harm caused by the 1790 law continues to negatively impact me as a Liberian. The 1790 law ravaged my life as a child growing up in Christian Town in a racially segregated campus. The 1790 racist law inspired discrimination against me at the US Embassy in 1990, when the State Department ordered unlawful discrimination against all Liberian visa applicants but ordered granting of visas to Lebanese and Indian nationals. The 1790 law continues to harm 6,000 Liberian refugees denied access to humanitarian assistance and permits to work since October 1, 2002 and also puts the lives of Americans at serious risk because of the presence of at risk Liberians refugees living unprotected in the USA. Even if two years of slavery by EGC is mitigated and I am fully compensated for my services and the injuries I suffered, the harm of the 1790 racist American Apartheid Law continues unabated until Congress, which initiated the harm takes action to mitigate the harm. The white supremacists who initiated officially sanctioned racism and dealt a blow of death to the United States are all dead but the impact of their creation continues to harm, evidenced by the January 6, 2021 attack on the US Congress.

37. **Discrimination Initiated By Congress Continues in Liberia, a US Colony**

38. On February 16, 1951, I was born in Tappita, Liberia, West Africa. Although I was born in Africa's 1st republic founded by American Settlers, my life has been ravaged by racial discrimination from birth until now. I grew up at the racially segregated campus of Baptist Mid Missions, a Cleveland, Ohio-based fundamentalist Baptist missionary agency that operates in rural Liberia in the town of Tappita. On the Baptist missionary campus, I

lived in an all Black section called Christian Town. The American Missionaries, (all white people) lived at the missionary area, with electricity, telephone, running water, indoor plumbing and beautiful lawn. Although they work in Liberia, an African country, BMM has never fielded a single Black missionary in nearly a century. Moreover, BMM fielded only a single missionary in nearly a century, Rev. Karl Luyben, who spoke a local Liberian language and understands the culture.

39. Back to the living condition of white American missionaries in Liberia. The missionary area was constructed by the Black Christians who lived in Christian Town, a delipidated section of the Baptist Mid Missions missionary campus in Tappita created for Black People. Christian Town had no indoor plumbing, no electricity or running water and it was located next to the loud electricity generator that pumped smoke and noise to the inhabitants of Christian Town. Most of the white American missionaries were racists who never allowed Blacks to eat in their homes or drink from cups they drank in. They paid their domestic workers little or nothing. I was severely beaten by Rev. Watkins after his wife, without any evidence or witnesses,  accused two guys and I for stealing canned meat. Residents of Christian Town were forbidden to pick mangoes and oranges that dropped from trees they planted in the missionary yard. Black children from Christian Town were not allowed to attend the all white schools built for white missionary children. While white missionaries taught Sunday School, ate meals during Liberian church events and preached regularly at church and church conferences, no Black pastor was allowed to eat, teach or preach at missionary conferences attended by the all white missionary conference serving the all Black constituency in Liberia. When the white American missionaries decided to build a radio station, they invited Liberian pastors to provide

labor for which they were not paid a penny. "Great will be your reward in Heaven." The Black Christians were told. Domestic servants serving missionaries were treated with cruelty. When I worked as a yard and laundry boy for missionaries, they never shared meals with me and paid me   monthly salary, which was insufficient to pay for my school fees ($30 tuition yearly, plus uniforms and books) the missionaries charged.

## **Officially Sanctioned Racial Discrimination Against Liberians In 1990**

40.  In addition to the racial discrimination I experienced at the hands of Baptist Mid Missions missionaries, I also witnessed and experienced first hand racial discrimination from an American Embassy staffer in 1990 during the Liberian Civil War, where I served as a contractor. The embassy was experiencing computer problems at a time when the rebels have laid siege on the capital city, shut down the airport (no commercial flights were taking off or landing for months) At their greatest time of need, the United States Government ordered racial discrimination against all Black Liberians. A classified cable from Washington, D.C, against the letter and spirit of the "equal protection" clause of the 14th Amendment of the US Constitution, ordered U.S. Embassy staffers deny visas to all Black Liberians fleeing violence to join their family members residing in the United States but allow preferential treatment for all foreigners, mainly light skinned Lebanese and Indians. I was shocked at the cruelty of discrimination. All Liberians were denied visas at this time. However, the fact that the Embassy opened its doors throughout the war and welcomed Liberian visa applicants, fully aware of the risks of being shot on the street and cognizant of the fact that Washington has already ordered denial of all Liberians even before the applications were reviewed proved the cruelty and illegality of officially sanctioned racism. Particularly heart wrenching was the spectacle of the denial

of a Liberian woman and an enfant. The woman proved through documentary evidence that she was educated in the United States. She had immediate family members living in the United States. She had bank accounts with sufficient money both in Liberia and in the USA. She couldn't access the bank accounts in Liberia because everything was looted and anarchy prevailed on the streets. She had no food and was about to die with money in American bank and food in the refrigerators of her family members in America. She had property in Liberia but all she wanted was to live. She was told to stop presenting more documents as required by laws because the interviewer had a cable that ordered him to violate American law. She was not only denied a visa, she was assaulted and dragged away from the window to prevent her from giving more documentary evidence of her strong ties to Liberia. Not only was this Liberian woman denied a visa, I was also denied a visa because I was a Liberian. I flew into the US Embassy on a Navy Helicopter from Freetown, Sierra Leone because the airport was closed by rebels. I was living within the US Embassy compound and working there because of a contract my company had with the US State Department. After the incident with the Liberian woman, I asked what happened to the woman. The counselor was clear. "You don't know Liberians. All Liberians think they are Americans and since this war started all Liberians want to go to America but we won't let them." He said. I asked if I could apply for a visa. He responded no problem. Bring your passport and an application tomorrow. The next day I showed up with a Liberian passport. "No way." He said. "Didn't you just come from America?" He said. After inspecting the passport, he informed me all Liberians were effectively banned from obtaining a visa as per the classified cable from Washington. I was devastated! I took a risk to return to Liberia and fulfill the contractual obligations of

my company to the United States. However, the United States would not honor its own constitution because it was more committed to officially sanctioned racism than it was to its own constitution. I filed a complaint but never heard back from the State Department until now.

41. Fast forward to the United States of America and Boston, the birthplace of the American Revolution.  mitigating racist laws enacted by Congress that unleashed racial violence, which continues to ravage the lives of people of color in the United States and also threatens global peace and security. These laws and acts of Congress include the March 26, 1790 act of Congress that limited U.S. citizenship to only "white persons." Implementation of this racist law not only gave birth to the creation of Liberia, it initiated officially sanctioned racism that removed and colonized non-white Americans in Liberia, banished Americans to Indian Reservations across America. The March 3, 1819 Act of Congress that provided "logistics for the creation of an African colony", authorized the U.S. Navy to enforce transalantic slave trade abolition and also supported the American Colonization Society in Liberia. The 1830 Indian Removal Act by the U.S. Congress initiated a crime against humanity, resulting in the death and displacement of thousands of Native Americans. Your support for an independent American Truth Commission is the beginning of healing and uniting the United States of America! Alas, "United we stand. Divided we fall." Liberia was created as an American colony by an Act of the U.S. Congress, the appropriation of $100,000.00 American taxes, authorization of the United States Navy to enforce American colonization and for the benefit of American slave owners to strengthen the institution of slavery in the United States. Ten (10) presidents of

Liberia were African Americans. The Liberian flag is American; red, white, and blue with one white star. Liberia's currency is the U.S. Dollar. As a U. S. colony, Article 1 of the Liberian Constitution of 1824 gave all Liberians equal rights as Americans; *"All persons born ...in Liberia, shall be free and entitled to all the privileges, as are enjoyed by the citizens of the United States."* Even so, in 2021, Liberia is the fourth most denied country in the world, next to Cuba, Afghanistan, and Mauritania to be granted visas to the U.S. According to the Bush Chicken News (www.bushchicken.com), the U.S. Embassy in Liberia denied 70% of visa applicants in 2017 and made US$1.79 million dollars from poor Liberians. At the same time, 22 million citizens from 39 countries are allowed into the USA without a visa yearly. Not a single African country is included in the visa waiver countries.

## RELIEF FROM THE COURT

1. Emmanuel Gospel Center: Payment for services $500,000.00, payment for counseling and additional punitive damages as the Court deems fit.

2. **U.S Congress**: An act of Congress that specifically aims to mitigate the introduction of officially sanctioned racism in the United States on March 26, 1790 which made the skin color of Americans a requirement for citizenship and denigrated all persons of color as inferior beings. Congress must add Liberia to every discussion about reparations for slavery. Congress must regulate nonprofits serving refugees across America to ensure they include qualified refugees with lived refugee experiences on their board of directors and senior management. Congress must put in place mechanisms for addressing racial discriminations by nonprofits and missionary agencies from the United States serving overseas. Exhibit 11 Testimony of racism by white missionaries in Liberia.

3.  **The State Department** must be compelled to declassify the unlawful classified cable of 1990 that continues the practice of officially sanctioned racial discriminationation against Liberians, 200 years and counting. The State Department must also be compelled to refund all filing fees collected from Liberians in millions of dollars since the discriminatory cable from Washington of 1990 came into effect until today.

Signed: _____

Torli H. Krua, Plaintiff, Pro Se
4C Wheatley Way
Boston, MA 02119

Case 1:21-cv-11061-ADB   Document 1   Filed 07/02/21   Page 17 of 30.

*Kelly V*   *EGC*

*2*

5. During the period beginning January 2014 through December 2015-two years, the EGC subjected me to slavery when EGC unlawfully profited from my expertise and services to raise money received donations for refugee ministry without paying me for my services as co-director of the Greater Boston Refugee Ministry (GBRM), a ministry of EGC. Without my expertise, lived experience as a refugee and presence, EGC had no investment of money, no expertise in the refugee ministry, no capacity to deliver services for which EGC received donations and financial contributions intended to pay for my services which included designing presentations, conducting training and raising money for the services I was providing. Even so, EGC used me and my expertise to raise money to pay me but never paid me the money for two years. EGC further intimidated, coerced and threatened me not to file lawsuits against EGC, using the Bible and claiming that as Christians we should not file lawsuits against a Christian entity or fellow Christians. For the next four years beginning January 2016 through October 2019, EGC I continued working as co-director of GBRM. Still, EGC set a lower pay rate for me and a higher pay rate for my white female colleague who also worked as co-director.

6. EGC discriminated against me by hiring and paying white co-directors higher salaries from the proceeds of the money we raised. As co-director, I worked with two white female colleagues who were also employed by EGC. In addition to slavery for the first two years, my entire tenure as co-director was mired in discrimination against me because of my race, age, gender and status as a foreigner and a refugee.

7. I am a Black man of African descent, a Liberian native, a former refugee of the Liberian civil war, and also a pastor/missionary. Still, EGC not only discriminated against me but also prevented an amicable resolution based on the Golden Rule and Christian principles.

## How EGC Recruited, Exploited & Discriminated Against Me

8. For nearly 20 years, I have known Rev. Dr. Gregg Detwiler head of the Intercultural Ministries at EGC as an advocate for immigrants and refugees. Gregg promotes support for refugees. He made online donations to my work, invited me to co-present with him and always expresses his desire for American Evangelical Christians to support refugees and immigrants. Gregg has been surprised and frustrated that more Evangelical Christians don't support refugees and immigrants.

9. On or about January 4, 2014, Rev. Dr. Gregg Detwiler, Director of Intercultural Ministries at EGC met with me and expressed interest in the Refugee Ministry Training I was conducting across the United States including a recent workshop for churches in Lewiston, Maine. Rev. Dr. Detwiler commended me for the work and asked if I would be interested in working with EGC to help establish a refugee ministry at EGC for the benefit of churches served by EGC. I agreed to work with EGC but asked if EGC would compensate me for my services. Rev. Dr. Detwiler informed me that not only would EGC compensate me but promote me so that churches served by EGC will also support me financially and help fund work I do overseas with Diaspora immigrant and refugee Christians. "Working with EGC will add to your ministry," Rev. Dr. Detwiler said.

10. On or about January 6, 2014, Rev. Dr. Detwiler requested that I send him a business plan and strategy for starting a refugee ministry at EGC. He also informed me that as a nonprofit, EGC needs to raise money in order to pay me for the services. Therefore Gregg informed me that as a Because I was already serving as an African missionary at the Missions Door missionary agency, Rev. Dr. Detwiler informed me that the best way for handing compensation was to pay me Missions Door through Missions Door. After

the refugee ministry has been established I would then return to my engagement in a stronger way with greater financial sustainability.

11. On or about January 16, 2014, I sent a business plan and strategy for establishing a refugee ministry based on over two decades of work in the United States. (Exhibit 1)

12. On January 17, 2014, Rev. Dr. Detwiler acknowledged the plan and promised to adopt it for establishing the Greater Boston Refugee Ministry (GBRM).  (Exhibit 2)

13. On March 4, 2014, Rev. Dr. Detwiler informed me that it would be great to have a white woman join the team as a co-director to help communicate the strategy to evangelical churches since most of American Evangelical Chriistians were white. He suggested Dr. Carmen Aldinger, PhD, a white woman of German descent to serve as Co-Director of the GBRM. During the startup Dr. Aldinger and I were equally and fully involved in the work of planning, meeting stakeholders and fundraising for GBRM. (Exhibit 3)

14. Rev. Dr Detwiler informed me that donations and fundraising will go to GBRM to support the salaries of co-directors and expenses of GBRM. We got donations from school children, churches, the general public, companies and foundations. (Exhibit 4)

15. We started working together planning and speaking at churches to promote the Greater Boston Refugee Ministry and preparing to begin training volunteers to serve the refugee communities and new refugees.

16. During this period, I was told EGC had no money for GBRM. WE must raise money and when enough money is raised, salaries would begin to be paid.

17. In May 2015, Dr. Aldinger resigned to join Harvard University as a full time employee, creating a vacancy.

4

KRuA v. EGC
5

18. GBRM began looking for a new co-director to work with me. Again, Rev. Dr. Detwiler's preference was a white woman. Dr. Detwiler forwarded two applicants for the co-director job. Sarah Blumenshine, a white woman, was hired as a co-director of GBRM.

19. At a meeting, Rev. Dr. Detwiler informed both co-directors that because of the money we have raised over the years, there was enough money to start paying both co-directors ten hours weekly.

20. Although I had more expertise, more training and was the only co-director with lived refugee experience, the management of EGC secretly set a lower pay rate for me than my white colleague, Sarah Blumenshine. EGC not only created an employment system based on race, the compensation was also based on race, where the Black co-director worked for years without payment and when it was time to pay, the Black co-director got less money.  Both white co-directors, Dr. Aldinger and Ms Blumenshine were hired because of their gender and race. Not only were the co-directors hired based on race and gender, our compensations were not equal. By creating a hiring system based on race, nationality and gender and also creating an unequal system of compensation for services based on race, gender and nationality, EGC intentionally discriminated against me and also violated numerous Federal Laws in the process, including: *Title VII of the Civil Rights Act of 1964,* Equal Pay Act of 1963, Age Discrimination in Employment Act of 1967 and The Civil Rights Act of 1991.

21. *Title VII of the Civil Rights Act of 1964: Title VII prohibits employment discrimination based on race, color, religion, sex and national origin. The Civil Rights Act of 1991 (Pub. L. 102-166) (CRA) and the Lily Ledbetter Fair Pay Act of 2009 (Pub. L. 111-2) amend several sections of Title VII. In addition, section 102 of the CRA (which is*

*KRDH* V. EGC
Cp

*printed elsewhere in this publication) amends the Revised Statutes by adding a new*
*section following section 1977 (42 U.S.C. 1981), to provide for the recovery of*
*compensatory and punitive damages in cases of intentional violations of Title VII, the*
*Americans with Disabilities Act of 1990, and section 501 of the Rehabilitation Act of*
*1973.*

22. Under **Title VII**, an **employer** may **not** discriminate with regard to any term, condition,
or privilege of **employment**. Areas that may give rise to violations include recruiting,
hiring, promoting, transferring, training, disciplining, discharging, assigning work,
measuring performance, or providing benefits. EGC intentionally violated these Federal
Laws by not paying me a penny during the period January 2014 through May 2015.
Additionally, when EGC assigned me a lower pay rate even though I had more expertise,
experience and was the only person with lived experience related to refugees at the
Greater Boston refugee Ministry.

23. A federal law, the **Equal Pay Act** (EPA), requires employers to **pay** men and women
equally for doing the same work -- **equal pay** for **equal** work. The **Equal Pay Act** was
passed in **1963** as an amendment to the **Fair** Labor Standards **Act** and can be found at 29
U.S.C. § 206.

24. Age Discrimination in Employment Act of 1967: The **Age Discrimination in
Employment Act of 1967** (ADEA) protects certain applicants and **employees** 40 years of
**age** and older from **discrimination** on the basis of **age** in hiring, promotion, discharge,
compensation, or terms, conditions or privileges of **employment**.

25. The Civil Rights Act of 1991: Civil Rights Act of 1964 to modify some of the basic procedural
and substantive rights provided by federal law in employment discrimination cases. It provided the

*KAOA  v. EGC
7*

right to trial by jury on discrimination claims and introduced the possibility of emotional distress damages and limited the amount that a jury could award.

# Administrative Remedies

26. In November 2018, I filed a complaint against management because I suspected I was being discriminated against by EGC. Liza, a woman of color and of Columbian ancestry who also served EGC as Assistant Executive Director was appointed to investigate and settle matters arising from my complaints. Liza conducted her investigation and it was Liza who discovered, documented and presented to me for the very first time ever, her findings that I was not paid for two years and that EGC gave me a lower pay rate than my white female colleagues who served as co-directors. Liza created a chart and gave it to me on Christmas Eve of 2019 Exhibit 5.

27. I was shocked but pleasantly surprised at her honesty and felt the high degree of honesty also would translate into a desire to settle the matter amicably. I was wrong. Liza, although a senior management personnel, was powerless as a woman and person of color. Liza recommended equal pay rates for co-directors and fulltime for all directors beginning January 2019. Exhibit 6.

28. Liza also observed that the unfair and discriminatory payment mechanism/missionary funding that favors white employees at the expense of people of color needs to be abolished. We were working on finding a solution and it always seemed a solution and breakthrough was imminent. Liza proposed a system wide redress that involved all churches and partners as opposed to an EGC solution especially when dealing with back pay. Exhibit 7.

*Rua v. EGC*

29. Liza, as a woman of color, had no power to implement any of her proposals. In June 2019, Liza reported the promised full time equal pay for me was not possible, although the other co-director, the white woman was paid.

30. On May 25, 2020, I filed a complaint with the EGC Board, who promised to resolve the problem. Exhibit 8

31. The Board found that for 30 months EGC underpaid me and offered a settlement. Exhibit 9

32. There were two settlement offers which I declined because both settlement failed to explore truthfully exactly how much EGC owed me, apologize for the discrimination and put in place measures to ensure discrimination against any refugee (non-English speaking and Moslems, other faiths or no faith) will no longer happen. I declined both offers and requested mediation. Exhibit 9.

33. I filed a complaint with MCAD, which declined because I delayed filing the complaint.

34. On April 5, 2021, I got a letter giving me the right to file a lawsuit. Exhibit 10

35. On February 22, 2021, I sat across the table with Dr. Price, Chairman of the EGC Board of Director and he informed me that what happened to me was not racial discrimination. Dr. Price made an offer which I declined to accept. I opted for Christian mediation. On June 15, 2021, Rev. Paul Bothwell informed me of Missions Door, as a matter of policy declines to get involved in mediation. It became clear the courts must decide this case.

**Congress Must Mitigate The Harm Old Discrimination Against Liberians**

36. EGC's actions of virtual slavery, racial discrimination against me are not new and  not accidents. EGC's actions were inspired and motivated by the US Congress, which initiated racial discrimination against non-white Americans and Liberians. Therefore, the

*KRUA V. EGC*
*9*

US Congress must mitigate the harm it initiated. The actions of EGC are very famaliar and consistent with the March 26, 1790 racist American Apartheid law that denigrated the color of Africans and deprived Africans of opportunities. The harm caused by the 1790 law continues to negatively impact me as a Liberian. The 1790 law ravaged my life as a child growing up in Christian Town in a racially segregated campus. The 1790 racist law inspired discrimination against me at the US Embassy in 1990, when the State Department ordered unlawful discrimination against all Liberian visa applicants but ordered granting of visas to Lebanese and Indian nationals. The 1790 law continues to harm 6,000 Liberian refugees denied access to humanitarian assistance and permits to work since October 1, 2002 and also puts the lives of Americans at serious risk because of the presence of at risk Liberians refugees living unprotected in the USA. Even if two years of slavery by EGC is mitigated and I am fully compensated for my services and the injuries I suffered, the harm of the 1790 racist American Apartheid Law continues unabated until Congress, which initiated the harm takes action to mitigate the harm. The white supremacists who initiated officially sanctioned racism and dealt a blow of death to the United States are all dead but the impact of their creation continues to harm, evidenced by the January 6, 2021 attack on the US Congress.

37.  **Discrimination Initiated By Congress Continues in Liberia, a US Colony**

38.  On February 16, 1951, I was born in Tappita, Liberia, West Africa. Although I was born in Africa's 1st republic founded by American Settlers, my life has been ravaged by racial discrimination from birth until now. I grew up at the racially segregated campus of Baptist Mid Missions, a Cleveland, Ohio-based fundamentalist Baptist missionary agency that operates in rural Liberia in the town of Tappita. On the Baptist missionary campus, I

lived in an all Black section called Christian Town. The American Missionaries, (all white people) lived at the missionary area, with electricity, telephone, running water, indoor plumbing and beautiful lawn. Although they work in Liberia, an African country, BMM has never fielded a single Black missionary in nearly a century. Moreover, BMM fielded only a single missionary in nearly a century, Rev. Karl Luyben, who spoke a local Liberian language and understands the culture.

39. Back to the living condition of white American missionaries in Liberia. The missionary area was constructed by the Black Christians who lived in Christian Town, a delipidated section of the Baptist Mid Missions missionary campus in Tappita created for Black People. Christian Town had no indoor plumbing, no electricity or running water and it was located next to the loud electricity generator that pumped smoke and noise to the inhabitants of Christian Town. Most of the white American missionaries were racists who never allowed Blacks to eat in their homes or drink from cups they drank in. They paid their domestic workers little or nothing. I was severely beaten by Rev. Watkins after his wife, without any evidence or witnesses,  accused two guys and I for stealing canned meat. Residents of Christian Town were forbidden to pick mangoes and oranges that dropped from trees they planted in the missionary yard. Black children from Christian Town were not allowed to attend the all white schools built for white missionary children. While white missionaries taught Sunday School, ate meals during Liberian church events and preached regularly at church and church conferences, no Black pastor was allowed to eat, teach or preach at missionary conferences attended by the all white missionary conference serving the all Black constituency in Liberia. When the white American missionaries decided to build a radio station, they invited Liberian pastors to provide

*Kua v. EGC*
*11*

labor for which they were not paid a penny. "Great will be your reward in Heaven." The Black Christians were told. Domestic servants serving missionaries were treated with cruelty. When I worked as a yard and laundry boy for missionaries, they never shared meals with me and paid me   monthly salary, which was insufficient to pay for my school fees ($30 tuition yearly, plus uniforms and books) the missionaries charged.

## Officially Sanctioned Racial Discrimination Against Liberians In 1990

40. In addition to the racial discrimination I experienced at the hands of Baptist Mid Missions missionaries, I also witnessed and experienced first hand racial discrimination from an American Embassy staffer in 1990 during the Liberian Civil War, where I served as a contractor. The embassy was experiencing computer problems at a time when the rebels have laid siege on the capital city, shut down the airport (no commercial flights were taking off or landing for months) At their greatest time of need, the United States Government ordered racial discrimination against all Black Liberians. A classified cable from Washington, D.C, against the letter and spirit of the "equal protection" clause of the 14th Amendment of the US Constitution, ordered U.S. Embassy staffers deny visas to all Black Liberians fleeing violence to join their family members residing in the United States but allow preferential treatment for all foreigners, mainly light skinned Lebanese and Indians. I was shocked at the cruelty of discrimination. All Liberians were denied visas at this time. However, the fact that the Embassy opened its doors throughout the war and welcomed Liberian visa applicants, fully aware of the risks of being shot on the street and cognizant of the fact that Washington has already ordered denial of all Liberians even before the applications were reviewed proved the cruelty and illegality of officially sanctioned racism. Particularly heart wrenching was the spectacle of the denial

KRUA V. EGC
12

of a Liberian woman and an enfant. The woman proved through documentary evidence

that she was educated in the United States. She had immediate family members living in

the United States. She had bank accounts with sufficient money both in Liberia and in the

USA. She couldn't access the bank accounts in Liberia because everything was looted

and anarchy prevailed on the streets. She had no food and was about to die with money in

American bank and food in the refrigerators of her family members in America. She had

property in Liberia but all she wanted was to live. She was told to stop presenting more

documents as required by laws because the interviewer had a cable that ordered him to

violate American law. She was not only denied a visa, she was assaulted and dragged

away from the window to prevent her from giving more documentary evidence of her

strong ties to Liberia. Not only was this Liberian woman denied a visa, I was also denied

a visa because I was a Liberian. I flew into the US Embassy on a Navy Helicopter from

Freetown, Sierra Leone because the airport was closed by rebels. I was living within the

US Embassy compound and working there because of a contract my company had with

the US State Department. After the incident with the Liberian woman, I asked what

happened to the woman. The counselor was clear. "You don't know Liberians. All

Liberians think they are Americans and since this war started all Liberians want to go to

America but we won't let them." He said. I asked if I could apply for a visa. He

responded no problem. Bring your passport and an application tomorrow. The next day I

showed up with a Liberian passport. "No way." He said. "Didn't you just come from

America?" He said. After inspecting the passport, he informed me all Liberians were

effectively banned from obtaining a visa as per the classified cable from Washington. I

was devastated! I took a risk to return to Liberia and fulfill the contractual obligations of

KRJA V. EGC
13

my company to the United States. However, the United States would not honor its own

constitution because it was more committed to officially sanctioned racism than it was to

its own constitution. I filed a complaint but never heard back from the State Department

until now.

41. Fast forward to the United States of America and Boston, the birthplace of the American

Revolution.  mitigating racist laws enacted by Congress that unleashed racial violence,

which continues to ravage the lives of people of color in the United States and also

threatens global peace and security. These laws and acts of Congress include the March

26, 1790 act of Congress that limited U.S. citizenship to only "white persons."

Implementation of this racist law not only gave birth to the creation of Liberia, it initiated

officially sanctioned racism that removed and colonized non-white Americans in Liberia,

banished Americans to Indian Reservations across America.  The March 3, 1819 Act of

Congress that provided "logistics for the creation of an African colony", authorized the

U.S. Navy to enforce transalantic slave trade abolition and also supported the American

Colonization Society in Liberia. The 1830 Indian Removal Act by the U.S. Congress

initiated a crime against humanity, resulting in the death and displacement of thousands

of Native Americans. Your support for an independent American Truth Commission is

the beginning of healing and uniting the United States of America! Alas, "United we

stand. Divided we fall." Liberia was created as an American colony by an Act of the U.S.

Congress, the appropriation of $100,000.00 American taxes, authorization of the United

States Navy to enforce American colonization and for the benefit of American slave

owners to strengthen the institution of slavery in the United States. Ten (10) presidents of

KRUA V. EGC
14

Liberia were African Americans. The Liberian flag is American; red, white, and blue with one white star. Liberia's currency is the U.S. Dollar. As a U. S. colony, Article 1 of the Liberian Constitution of 1824 gave all Liberians equal rights as Americans; *"All persons born ...in Liberia, shall be free and entitled to all the privileges, as are enjoyed by the citizens of the United States."* Even so, in 2021, Liberia is the fourth most denied country in the world, next to Cuba, Afghanistan, and Mauritania to be granted visas to the U.S. According to the Bush Chicken News (www.bushchicken.com), the U.S. Embassy in Liberia denied 70% of visa applicants in 2017 and made US$1.79 million dollars from poor Liberians. At the same time, 22 million citizens from 39 countries are allowed into the USA without a visa yearly. Not a single African country is included in the visa waiver countries.

## RELIEF FROM THE COURT

1. Emmanuel Gospel Center: Payment for services $500,000.00, payment for counseling and additional punitive damages as the Court deems fit.

2. **U.S Congress**: An act of Congress that specifically aims to mitigate the introduction of officially sanctioned racism in the United States on March 26, 1790 which made the skin color of Americans a requirement for citizenship and denigrated all persons of color as inferior beings. Congress must add Liberia to every discussion about reparations for slavery. Congress must regulate nonprofits serving refugees across America to ensure they include qualified refugees with lived refugee experiences on their board of directors and senior management. Congress must put in place mechanisms for addressing racial discriminations by nonprofits and missionary agencies from the United States serving overseas. Exhibit 11 Testimony of racism by white missionaries in Liberia.

*KRuA V. EGC*
*15*

3. **The State Department** must be compelled to declassify the unlawful classified cable of

   1990 that continues the practice of officially sanctioned racial discriminationation against

   Liberians, 200 years and counting. The State Department must also be compelled to

   refund all filing fees collected from Liberians in millions of dollars since the

   discriminatory cable from Washington of 1990 came into effect until today.

Signed:

Torli H. Krua, Plaintiff, Pro Se
4C Wheatley Way
Boston, MA 02119

15